UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OMEGA HOSPITAL, L.L.C. | CIVIL ACTION |
| VERSUS | NO: 08-3711 |
| AETNA LIFE INSURANCE COMPANY | SECTION: "S" (3) |

## ORDER

**IT IS HEREBY ORDERED** that Omega Hospital, L.L.C.'s motion to remand is **GRANTED**. (Document #6.) The court lacks subject matter jurisdiction because the claims do not arise under the Employee's Retirement Income Security Act, 29 U.S.C. 1001 *et seq.,* and the amount in controversy is less than $75,000. The third-party medical provider's claims are based on state contract law and do not rely on an assignment of benefits. See <u>Omega Hospital, LLC v. Blue Cross Blue Shield of Al.</u>, No. 08-1530 (E.D. La. June 18, 2008).

**IT IS FURTHER ORDERED** that the case is **REMANDED** to 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

New Orleans, Louisiana, this 27th day of August, 2008.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE